UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              CASE NO. 2:23-cr-20012-001

FEDERAL ARMAMENT, LLC                                              DEFENDANT

**<u>ORDER</u>**

The Court ADOPTS the report and recommendation (Doc. 8) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the information.  The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 27th day of October 2023.


/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE